UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REGINALD MCGATHON,<br><br>Plaintiff,<br><br>v.<br><br>D PETROVIC, et al.,<br><br>Defendants. | Case No. 14-cv-00028-JSC<br><br>**ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL AND FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 57, 58 |

Plaintiff, a former California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983 claiming that officials at his former prison, San Quentin State Prison, did not properly investigate disciplinary charges against Plaintiff. Defendants' motion for summary judgment was granted, judgment was entered and the case was terminated. Plaintiff has filed a motion for an extension of time to "respond" to the Order granting summary judgment (Dkt. No. 57). No such response is necessary, nor is one authorized by local rule or the Federal Rules of Civil Procedure. Plaintiff may file a notice of appeal or seek leave to file a motion for reconsideration, but he has not explained why he needs an extension of time to do so. Plaintiff's motion is DENIED. As judgment has been entered and this case has been closed, Plaintiff's motion for appointment of counsel (Dkt. No. 58) is also DENIED. If Plaintiff pursues an appeal, he may seek such appointment in the United States Court of Appeals.

**IT IS SO ORDERED.**

Dated: October 20, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge